Send

PAUL B. BEACH, State Bar No. 166265
FRANSCELL, STRICKLAND, ROBERTS & LAWRENCE
A Professional Corporation
100 West Broadway, Suite 1200
Glendale, California 91210-1201
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants

FILED
CLERK, U.S. DISTRICT COURT
08-08-02
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
AUG - 9 2002
CENTRAL DISTRICT OF CALIFORNIA
BY

LODGED
AUG 3 1 14 PM '02

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORRAINE FLORES ESTRADA,<br>Plaintiff,<br>vs.<br>COUNTY OF LOS ANGELES, SHERIFF LEE BACA, ANDREW J. LEOS, JUDITH SMALL, TROY JACKSON, BRUCE POLLACK, BURTON BRINK, JOSEPH KNOTT and DOES 4 through 10, inclusive,<br>Defendants. | Case No. CV 00-05713 GAF (JWJx)<br>Honorable Gary A. Feess<br>**[PROPOSED] JUDGMENT** |

On July 24, 2001, the Court having entered an order granting summary judgment in favor of Defendants County of Los Angeles, Sheriff Lee Baca (in his official capacity), Bruce Pollack, Andrew J. Leos, Burton Brink, Troy Jackson and Judith Small and against Plaintiff Lorraine Flores Estrada;

The balance of Plaintiff's claims (those against Defendants Joseph Knott and Sheriff Lee Baca (in his individual capacity)) having come on regularly for trial before the Court on July 30, 2002, the Honorable Gary A. Feess, District

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD



163

Court Judge presiding. Plaintiff having dismissed her claims against Sheriff Baca (in his individual capacity) on the first day of trial;

The evidence having been duly considered, the issues having been duly heard and a decision having been duly entered by the jury on August 1, 2002 in favor of Defendant Joseph Knott, [a copy of the special verdict being attached hereto]

IT IS HEREBY ORDERED that judgment be entered on all claims in favor of Defendants County of Los Angeles, Sheriff Lee Baca, Andrew J. Leos, Judith Small, Troy Jackson, Bruce Pollack, Burton Brink and Joseph Knott and against Plaintiff Lorraine Flores Estrada and that Defendants recover their costs against Plaintiff pursuant to a memorandum of costs to be filed by Defendants.

Dated: 8/8/2002 [signature]

Honorable Gary A. Feess
United States District Court Judge

Presented by:

FRANSCELL, STRICKLAND,
ROBERTS & LAWRENCE

By [signature]
Paul B. Beach
Attorneys for Defendants

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Debra L. Ard, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 100, Glendale, CA 91210.

On August 7, 2002, I served the foregoing **[PROPOSED] JUDGMENT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Robert Mann
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010

X BY MAIL: As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business.

X (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 7, 2002, at Glendale, California.

Debra L. Ard
Declarant